Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:  Case No.:  09–10652 PM    Chapter:  13

Howard R. Powell                                    Prudence P. Powell
Debtor(s)

**NOTICE OF DISMISSAL**

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 11/19/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. §§ 362(a) is terminated.

Dated: 11/19/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Johnson 410–962–4221